UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: JASON FENTY; et al.

JASON FENTY; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

Respondent,

PAUL PENZONE, Sheriff, in his official capacity; MARICOPA COUNTY, a municipal entity,

Real Parties in Interest.

No. 21-71351

D.C. No. 2:20-cv-01192-SPL-JZB
District of Arizona, Phoenix

ORDER

Before: O'SCANNLAIN, THOMAS, and TALLMAN, Circuit Judges.

The petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, real parties in interest shall file an answer. The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue a supplemental order and

serve a copy on this court. Petitioners may file a reply within 5 days after service of the answer(s).

The motion for leave to file an amicus curiae brief by National Police Accountability Project (Docket Entry No. 5) is granted.

The Clerk will serve this order on the district court, District Judge Steven P. Logan, and Magistrate Judge John Z. Boyle.