**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jason Fenty, et al.,

Plaintiffs,

v.

Paul Penzone, et al.,

Defendants.

No. CV-20-01192-PHX-SPL (JZB)

**SUPPLEMENTAL ORDER**

The Ninth Circuit invites this Court to answer Plaintiffs' Petition for a Writ of Mandamus through this supplemental order. (Doc. 199.) Plaintiffs asked the Ninth Circuit to reverse this Court's Order (Doc. 173) affirming Magistrate Judge John Z. Boyle's August 11, 2021 Order (Doc. 126). In that Order, on review of both the record (Docs. 116, 139) and Judge Boyle's Order (Doc. 126), this Court found it appropriate that both parties evenly split the expense of "threading" the responsive discovery Defendants had identified. (Doc. 173.)

"Threading" is a third-party screening of the responsive discovery to remove similar emails. At the August 10, 2021 hearing, Plaintiffs represented to Judge Boyle that this additional screening would significantly reduce attorney review time for both sides if completed. (Doc. 139 at 5 (estimating a 30% reduction in the number of documents to review).) However, Defendants had already paid to produce and de-duplicate the responsive emails in compliance with Judge Boyle's July 22, 2021 Order (Doc. 111). Thus,

the Court found the additional expense of threading the emails both unnecessary and unrelated to the production of discovery material ordered by Judge Boyle. Accordingly, because it was Plaintiffs who sought the additional screening of the responsive discovery, over Defendants' objection, this Court agreed with Judge Boyle's determination that the additional, unnecessary expense should be borne by both parties, equally.

The Clerk of this Court is ordered to file a copy of this Supplemental Order with the Ninth Circuit (Case No. 21-cv-71351) in accordance with that Court's instructions (Doc. 199).

Dated this 10th day of December 2021.

Honorable Steven P. Logan
United States District Judge