UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JASON FENTY; et al.<br><br>JASON FENTY; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,<br><br>Respondent,<br><br>PAUL PENZONE, Sheriff, in his official capacity; MARICOPA COUNTY, a municipal entity,<br><br>Real Parties in Interest. | No. 21-71351<br><br>D.C. No. 2:20-cv-01192-SPL-JZB<br>District of Arizona, Phoenix<br><br>ORDER |

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED**.